UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:   TAMMY DENISE BAKER                                                                                      IN RE:
225 GLENLOCH COURT
STOCKBRIDGE, GA  30281                                                                                           A04-71948-MHM

## FINAL REPORT AND ACCOUNT

SSN#1: XXX-XX-5696

| This Case was | The Plan was | The Case was |
|---|---|---|
| Commenced on 07/24/2004 | Confirmed on   09/30/2004 | Concluded on 1/28/2008 |

Case Status:  Paid In Full

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

Dividend to Unsecured Creditors . . . 25.00%

Receipts:  Amount paid to the Trustee by or for the Debtor for the benefit of creditors . . . $11,030.43

DISBURSEMENTS TO CREDITORS:

| CREDITOR'S NAME | TYPE | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| DISCOVER CARD SERVICES | U | 12,983.71 | 3,245.93 | 0.00 | 0.00 |
| DISCOVER CARD SERVICES | U | 12,615.63 | 3,153.91 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | U | 1,602.31 | 400.58 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION | U | 836.64 | 209.16 | 0.00 | 0.00 |
| LVNV FUNDING LLC | U | 2,597.74 | 649.44 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | U | 1,596.59 | 399.15 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | DEBTOR REF | TOTAL | TOTAL PAID + DIR PAY |
|---|---|---|---|---|---|---|
| AMT. ALLOW | $0.00 | $0.00 | $32,232.62 | $0.00 | $32,232.62 | |
| PRIN. PAID | $0.00 | $0.00 | $8,058.17 | $0.00 | $8,058.17 | |
| INT. PAID | $0.00 | $0.00 | $0.00 | | $0.00 | |
| DIRECT PAY | $0.00 | $0.00 | $0.00 | | $0.00 | $8,058.17 |

OTHER DISBURSEMENTS UNDER ORDER OR COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| HAMMOND & HAMMOND, ATTYS | $2,500.00 | $2,500.00 |

A04-71948-MHM    TAMMY DENISE BAKER

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| $0.00 | $0.00 | $472.26 | $472.26 |

　　　WHEREFORE,    your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

/s/

Adam M. Goodman, Trustee
State Bar No. 300887